FILED



10:02 am, 7/15/25

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ☑ Violation Notice ☐ Information ☐ Complaint | |
| Plaintiff | | |
| vs | Case Number  L:25-PO-00369-SAH-1 | |
| CHRISTIAN N ST ROSE | | |
| Defendant | | |

Violation Charged  Camp outside of designated sites or areas       Citation Number  (E1033782)

Date Violation Notice Issued  06/29/2025       Place  WYNP

### PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time  9:00-9:30                                   Interpreter  N/A

Date  July 15, 2025                               Interpreter Telephone  N/A

Before the Honorable  Stephanie A. Hambrick

| Jessica Jarvis | N/A | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Ariel Calmes | N/A | N/A |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear     Warrant issued on

☑ Appeared    ☑ By telephone
              ☑ Voluntarily    ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing
                      ☐ FPD    ☐ PANEL-CJA    ☐ RETAINED

☑ Attorney waived

☐ Court orders case continued to                    at
   reason:

☐ Bail is set at
            ☐ P/R-No Amount    ☐ Unsecured    ☐ Cash/Surety

☐ Conditions of release

Petty Offenses/Misdemeanors Minute Sheet
L:25-PO-00369-SAH-1

> **COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
> ☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> ☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> This consent was made   ☐ orally   ☐ in writing

☑ Informed of charges and rights        Date  July 15, 2025
☑ Defendant arraigned                   Date  July 15, 2025
☑ Court accepts plea        Defendant enters ☑ Guilty          ☐ Not Guilty Plea
☐ Trial      Witnesses

☑ Disposition
　　☐ Not Guilty
　　☑ Guilty                (E1033782)
　　☐ Dismissed
　　☐ Collateral Forfeited
　　☐ *Nolo Contendere*
☐ PSI ordered
☑ Sentence       Date  July 15, 2025
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
　　☐ With Supervision      ☐ Without Supervision
☐ Special Conditions of Probation


☑ Fine           750.00        Payable to CVB by  08/15/2025
☐ Restitution                  To
☐ Community Service            To
☑ Special Assessment  10.00
☑ Processing fee: $  30.00
☑ Defendant advised of right to appeal
☑ Other  No written judgment to follow.